IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>FREDERICK JOSEPH GRANT,<br><br>          Defendant. | 8:13CR429<br><br>ORDER |

Before the court is the Findings and Recommendation ("F&R") of United States Magistrate Judge F.A. Gossett, III, Filing No. 27 and Filing No. 29.  No objection has been filed to the F&R.  Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1.  The F&R, Filing No. 27 and Filing No. 29, is adopted in its entirety; and

2.  The defendant's motion to suppress, Filing No. 16, is granted in part as set forth in the F&R, Filing No. 27 and Filing No. 29. .

Dated this 2nd day of April, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge